JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEACE & LOVE JEWELRY BY NANCY DAVIS LLC, a California limited liability company,<br><br>    Plaintiff,<br><br>    vs.<br><br>KOHL'S DEPARTMENT STORES, INC., a Delaware corporation, and Does 1 through 10, inclusive,<br><br>    Defendant. | Case No. CV 10-0417-GW(VBKx)<br><br>**ORDER RE: JOINT STIPULATION FOR DISMISSAL OF ENTIRE ACTION** |
| AND RELATED COUNTERCLAIM. | |

Complaint Filed: January 20, 2010

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Joint Stipulation For Dismissal of Entire Action and good cause appearing therefore, IT IS HEREBY ORDERED THAT:

1. The above-referenced action be DISMISSED WITH PREJUDICE as to each and all of Plaintiff's claims, and WITHOUT PREJUDICE as to each and all of Kohl's counterclaims. Each party is to bear its own costs, expenses and attorneys' fees incurred in this action.

**IT IS SO ORDERED.**

DATE: November 12, 2013

_[signature]_

Hon. George H. Wu
United States District Judge